# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID KACUR, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> WELLS FARGO BANK, N.A., ) </br> ) </br> Defendant. ) </br> ) </br> ) | CIVIL ACTION NO. </br> 1:17-cv-01198-DAP |

## ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION

Pursuant to the Stipulation to Arbitrate and Stay Proceedings by Plaintiff David Kacur and Defendant Wells Fargo Bank, N.A., and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The proceedings in the above-captioned matter are stayed pending arbitration of this matter;

2. The arbitration shall be conducted through the American Arbitration Association ("AAA"); and,

3. Plaintiff will initiate arbitration with the AAA according to the Rules set forth by the AAA.

**IT IS SO ORDERED.**

Dated: ___July 6_____, 2017

_____
HONORABLE DAN AARON POLSTER