# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| David Kacur,<br><br>               Plaintiff,<br>  v.<br><br>Wells Fargo Bank, N.A.,<br><br>               Defendant. | Civil Action No.: 1:17-cv-01198-DAP |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: June 5, 2018

                                        Respectfully submitted,

                                        By:   /s/ *Sergei Lemberg*

                                        Sergei Lemberg, Esq.
                                        Lemberg Law, L.L.C.
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        Email: slemberg@lemberglaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ *Sergei Lemberg*_____

                                              Sergei Lemberg