# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID KACUR,** | ) | CASE NO.   1:17-cv-01198 |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled.   Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster Aug. 8, 2018*
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**